# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

WFC HOLDINGS CORP.,   Civil No. 07-3320 (JRT/FLN)

Plaintiff,

v.

UNITED STATES OF AMERICA,   **ORDER**

Defendant.
___

This matter having come before the Court upon the letter request of the United States for the entry of an order enlarging the time within which the parties may file responses to the Motion *in Limine* To Exclude The Expert Reports and Testimony of Douglas J. Skinner, Oliver D. Hart and Walter N. Torous [Docket No. 87], and the Motion *in Limine* to Preclude Expert Testimony of Robert Clarke, Neal Petersen, and Ellen Schulhofer [Docket No. 93], and the Court having found that the request sought by the motion has not been opposed by the Plaintiff, and the Court having found good cause for the relief the motion seeks,

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the deadline for the parties to file responses to the Motion *in Limine* To Exclude The Expert Reports and Testimony of Douglas J. Skinner, Oliver D. Hart and Walter N. Torous [Docket No. 87], and the Motion *in Limine* to Preclude Expert Testimony of Robert Clarke, Neal Petersen, and Ellen Schulhofer [Docket No. 93] is hereby modified, such that responses may be filed until November 6, 2009.

DATED: October 23, 2009
at Minneapolis, Minnesota.                              s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                        United States District Judge